AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office, Civil Process Clerk
was received by me on *(date)* 07/16/2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I served the complaint and summons on U.S. Attorney's Office, Civil Process Clerk by certified mail return receipt requested, to the address listed on the summons on July 17, 2024.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/17/2024

*Server's signature*

Esther Tonnesen, Legal Assistant
*Printed name and title*

Murray Osorio PLLC
4103 Chain Bridge Rd., Ste. 300
Fairfax, VA 22030
*Server's address*

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Alexandria, VA 22314   OFFICIAL   FAIRFAX
Certified Mail Fee  $4.85
$                      $4.10
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.31
$                                           07/17/2024
Total Postage and
$11.26
Sent To   U.S. Attorney's Office
Street and Apt. No.   Civil Process Clerk
                      2100 Jamieson Ave.
City, State, ZIP+4    Alexandria, VA 22314

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, U.S. Department of Justice
was received by me on *(date)* 07/16/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the complaint and summons on Merrick Garland, U.S. Department of Justice by certified mail return receipt requested, to the address listed on the summons on July 17, 2024.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/17/2024

*Server's signature*

Esther Tonnesen, Legal Assistant
*Printed name and title*

Murray Osorio PLLC
4103 Chain Bridge Rd., Ste. 300
Fairfax, VA 22030
*Server's address*

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530
Certified Mail Fee $4.85
$4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.31
Total Postage $11.26
Sent To: Merrick Garland
Street and Apt.: U.S. Department of Justice
950 Pennsylvania Ave., NW
City, State, ZIP: Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>U.S. Department of State, Executive Office of the Office</u> of the Legal Adviser and Bureau of Legislative Affairs was received by me on *(date)* 07/16/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the complaint and summons on the U.S. Department of State, Executive Office of the Office of the Legal Adviser and Bureau of Legislative Affairs by certified mail return receipt requested, to the address listed on the summons on July 17, 2024.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/17/2024

*Server's signature*

Esther Tonnesen, Legal Assistant
*Printed name and title*

Murray Osorio PLLC
4103 Chain Bridge Rd., Ste. 300
Fairfax, VA 22030
*Server's address*

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20522

Certified Mail Fee  $4.85
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $_____
Postage  $2.31
Total Postage and Fees  $11.26

Sent To: U.S. Department of State
The Executive Office
Street and Apt. No: Office of the Legal Adviser
Ste 5.600, 600 19th St. NW.
City, State, ZIP+4: Washington, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2082 8298 11